```
                        FILED
                     February 14, 2012
                  CLERK, US DISTRICT COURT
                   EASTERN DISTRICT OF
                       CALIFORNIA
                       DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FRED W. HOLMES, )<br>)<br>Defendant. ) | CASE NUMBER: 2:11-cr-00449 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Fred W. Holmes</u>; Case <u>2:11-cr-00449 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    __   Unsecured Appearance Bond in the amount of $

    __   Appearance Bond with 10% Deposit

    <u>X</u>   Appearance Bond in the amount of $300,000.00 secured by Real Property owned by defendant and Jeffrey Holmes.

    __   Corporate Surety Bail Bond

    <u>X</u>   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>2/14/20121</u>  at  4:30 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge